1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11   DUANE BEECHAM, et al.,                        No. 2:15-cv-01022-KJM-EFB

12                  Plaintiffs,

13          v.                                      ORDER

14   ROSEVILLE CITY SCHOOL DISTRICT,
     et al.,
15

16                  Defendants.

17          This suit involves allegations of child abuse by a school teacher.  (ECF No. 1.)

18   Plaintiffs Duane Beecham and Kimberly Beecham are the parents of S.Y.B., a minor.  (*Id.* at 2.)

19   Plaintiffs Oliver Vergara and Jennifer Vergara are the parents of E.V., a minor.  (*Id.*)  The parents

20   and the minors are all parties to this suit.  (*Id.*)  On June 2, 2015, the parents moved to be

21   appointed as guardians ad litem for their minor children.  (ECF Nos. 4, 5.)  After carefully

22   reviewing the motions and supporting filings, the court GRANTS the motions.  Accordingly, the

23   court ORDERS as follows:

24          1.  Kimberly Beecham and Duane Beecham are appointed as the guardians ad

25              litem for S.Y.B.

26          2.  Oliver Vergara and Jennifer Vergara are appointed as the guardians ad litem

27              for E.V.

28          3.  This order resolves ECF Nos. 4, 5.

                                                    1

1       IT IS SO ORDERED

2   DATED:  June 8, 2015.

3

4                                          UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28