LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Gregory P. O'Dea, CSB No. 110966
Mark P. O'Dea, CSB No. 186061
Natasha N. Langenfeld, CSB No. 250944

Attorneys for Defendant, Theresa Van Wagner

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE BEECHAM, KIMBERLY BEECHAM, S.Y.B., a minor by and through her co-guardians ad litem DUANE BEECHAM and KIMBERLY BEECHAM; OLIVER VERGARA, JENNIFER VERGARA, E.V., a minor by and through his co-guardians ad litem OLIVER VERGARA and JENNIFER VERGARA,<br><br>Plaintiffs,<br><br>v.<br><br>ROSEVILLE CITY SCHOOL DISTRICT, THERESA VAN WAGNER, GEORGE ROOKS, JERROLD JORGENSEN, and DOES 1 – 30,<br><br>Defendants. | CASE NO. 2:15-CV-01022-KJM-EFB<br><br>[~~PROPOSED~~] ORDER REGARDING PLAINTIFF'S MOTION TO QUASH OR MOTION FOR PROTECTIVE ORDER NARROWING SUBPOENAS FOR EMPLOYMENT AND MEDICAL RECORDS |

This matter came before Magistrate Judge Edmund F. Brennan regarding plaintiff's motion to quash or motion for protective order. After having received oral argument, the Court rules as follows:

1. Defendants shall be permitted to seek plaintiff's medical records from the following providers for the time period of 2008 to present:

    a.  Plaintiff Jennifer Vergara's medical records from Kaiser

    b.  Plaintiff Jennifer Vergara's medical records from Mercy Medical Group

    c.  Plaintiff Oliver Vergara's medical records from Kaiser

    d.  Plaintiff Oliver Vergara's medical records from UCD Medical Group.

2. This order is made without prejudice to further discovery of medical records if evidence is obtained from those subpoenaed medical records that indicates that the plaintiffs suffered emotional or physical injuries prior to 2008~~, Defendant can ask the Court to broaden the scope of time of the subpoenas~~.

IT IS SO ORDERED

Dated this 20<sup>tn</sup> day of January, 2017

_____
MAGISTRATE JUDGE EDMUND F. BRENNAN