TODD BOLEY, SBN 64119
JUSTIN YOUNG, SBN 267315
LAW OFFICES OF TODD BOLEY
2831 Mariner Square Dr., Suite 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile:  (510) 649-5170

PETER W. ALFERT, SBN 83139
LAW OFFICES OF PETER ALFERT, APC
200 Pringle Ave., Suite 450
Walnut Creek, CA  94596
Telephone: (925) 279-3009
Facsimile:  (925) 279-3342

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE BEECHAM, KIMBERLY BEECHAM, S.Y.B., a minor by and through her co-guardians ad litem DUANE BEECHAM and KIMBERLY BEECHAM; OLIVER VERGARA, JENNIFER VERGARA, E.V., a minor by and through his co-guardians ad litem OLIVER VERGARA and JENNIFER VERGARA; and M.B., a minor by and through his guardian ad litem MANOJ THOTTASSERI, <br><br>Plaintiffs, <br><br>v. <br><br>ROSEVILLE CITY SCHOOL DISTRICT, THERESA VANWAGNER, GEORGE ROOKS, JERROLD JORGENSEN, and DOES 1-30, <br><br>Defendants. | Case No. 2:15-cv-01022-KJM-EFB <br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS** <br><br>**U.S. District Judge Kimberly J. Mueller** <br><br>Trial Date: November 27, 2017 |

Having reviewed Plaintiffs' Notice of Request to Seal Documents, Plaintiffs' Request to Seal Documents, and the proposed sealed documents (Exhibits 1-5 to Plaintiffs' Disclosure of Expert Witnesses), and GOOD CAUSE appearing therefore, Plaintiffs' Request to Seal Documents is hereby GRANTED.  Exhibits 1-5 of Plaintiffs' Disclosure of Expert Witnesses SHALL BE SEALED for the duration of the litigation or until a subsequent order from this Court.

IT IS SO ORDERED.

DATED: March 27, 2017

                                                  UNITED STATES DISTRICT JUDGE