| | |
|---|---|
| 1 | PETER W. ALFERT, ESQ. (SBN 83139) |
| 2 | IAN HANSEN, ESQ. (SBN 255449) |
| | **LAW OFFICES OF PETER ALFERT, APC** |
| 3 | 200 Pringle Ave., Suite 450 |
| | Walnut Creek, California 94596 |
| 4 | Telephone: (925) 279-3009 |
| 5 | Facsimile: (925) 279-3342 |
| | Email: peter@alfertlaw.com |
| 6 | |
| 7 | TODD BOLEY, (SBN 64119) |
| | JUSTIN YOUNG, (SBN 267315) |
| 8 | **LAW OFFICES OF TODD BOLEY** |
| | 2381 Mariner Square Drive, Suite 280 |
| 9 | Alameda, CA 94501 |
| 10 | Telephone: (510) 836-4500 |
| | Facsimile: (510) 649-5170 |
| 11 | Email: boley@boleylaw.com |
| 12 | Attorneys for PLAINTIFFS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE BEECHAM, KIMBERLY BEECHAM, S.Y.B., a minor by and through her co-guardians ad litem DUANE BEECHAM and KIMBERLY BEECHAM; OLIVER VERGARA, JENNIFER VERGARA, E.V., a minor by and through his co-guardians ad litem OLIVER VERGARA and JENNIFER VERGARA; and M.B., a minor by and through his guardian ad litem MANOJ THOTTASSERI,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROSEVILLE CITY SCHOOL DISTRICT, THERESA VANWAGNER, GEORGE ROOKS, JERROLD JORGENSEN and DOES 1-30,<br><br>    Defendants. | **Case No.: 2:15-CV-01022-KJM-EFB**<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY CUTOFF**<br><br>Judge: Hon. Kimberly J. Mueller<br><br>Complaint Filed: May 12, 2015<br><br>**Trial Date: November 27, 2017** |

Plaintiffs DUANE BEECHAM, KIMBERLY BEECHAM, S.Y.B., a minor by and through her co-guardians ad litem DUANE BEECHAM and KIMBERLY BEECHAM; OLIVER VERGARA, JENNIFER VERGARA, E.V., a minor by and through his co-guardians ad litem OLIVER VERGARA and JENNIFER VERGARA; M.B., a minor by and through his guardian ad litem MANOJ THOTTASSERI, by and through their counsel Peter W. Alfert, of Law Offices of Peter Alfert, APC, and Todd Boley and Justin Young of Law Offices of Todd Boley; Defendants ROSEVILLE CITY SCHOOL DISTRICT, GEORGE ROOKS, and JERROLD JORGENSEN, by and through their counsel, Carol Wieckowski of Evans, Wieckowski, Ward & Scoffield; and Defendant THERESA VAN WAGNER, by and through her counsel, Natasha Langenfeld of Longyear, O'Dea & Lavra, LLP, hereby submit the following stipulation to extend the deadline to complete expert discovery to June 15, 2017.

## **RECITALS**

**WHEREAS**, on November 24, 2015, this Court's Pretrial Scheduling Order (Doc. 27) set **May 1, 2017**, as the date by which expert discovery must be completed; and

**WHEREAS**, the parties have worked diligently to attempt to schedule the deposition of all experts' consultants before the Court's deadline, but have been unable to do so; and

**WHEREAS**, the deposition of Plaintiffs' consultants Peter Formuzis and Joseph Schwartberg are scheduled for May 3, 2017 and May 16, 2017 respectively and the deposition of Defendants' consultant Anlee Kuo is scheduled for May 22, 2017 and it is agreed among the parties that the deposition of Miriam King will be set for a date on or before June 15, 2017.

**IT IS HEREBY STIUPLATED**, by and between Plaintiffs and Defendants, by and through their respective counsel that:

1. The parties respectfully request that the Court continue the deadline by which the parties are to complete expert discovery to June 15, 2017.

///

///

///

2

STIPULATION AND ORDER 2:15-CV-01022-KJM-EFB
TO EXTEND EXPERT DISCOVERY CUTOFF

Dated:  April 25, 2017                **LAW OFFICES OF PETER ALFERT, APC**


        /s/ Peter Alfert
PETER ALFERT
Attorneys for Plaintiffs


Dated: April 25, 2017                 **LAW OFFICES OF TODD BOLEY**


        /s/ Todd Boley
TODD BOLEY
Attorneys for Plaintiffs


Dated: April 25, 2017                 **LONGYEAR, O'DEA & LAVRA, LLP**


        /s/ Gregory O'Dea
GREGORY P. O'DEA
NATASHA LAGENFELD
Attorneys for Defendant
Theresa Van Wagner


Dated:  April 25, 2017                **EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP**


        /s/ Carol Wieckowski
CAROL A. WIECKOWSKI
Attorneys for Defendants
Roseville City School District, George Rooks, and Jerrold Jorgensen

---

3

STIPULATION AND ORDER                 2:15-CV-01022-KJM-EFB
TO EXTEND EXPERT DISCOVERY CUTOFF

# **ORDER**

Having read and considered the parties' Stipulation to Extend The Expert Discovery Cutoff, IT IS HEREBY ORDERED THAT:

1. The date for the completion of expert discovery shall be continued to June 15, 2017.

   **IT IS HEREBY ORDERED.**

DATED: May 3, 2017.

_____
UNITED STATES DISTRICT JUDGE