UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE BEECHAM, KIMBERLY BEECHAM, S.Y.B., a minor by and through her co-guardians ad litem DUANE BEECHAM and KIMBERLY BEECHAM; OLIVER VERGARA, JENNIFER VERGARA, E.V., a minor by and through his co-guardians ad litem OLIVER VERGARA and JENNIFER VERGARA,<br><br>Plaintiffs,<br><br>v.<br><br>ROSEVILLE CITY SCHOOL DISTRICT, THERESA VAN WAGNER, GEORGE ROOKS, JERROLD JORGENSEN, and DOES 1 – 30,<br><br>Defendants. | No. 2:15-CV-01022-KJM-EFB<br><br>FIRST AMENDMENT TO THE SCHEDULING ORDER |

Defendants have filed ex parte applications (ECF Nos. 131–32) to amend dates in the pretrial scheduling order (ECF No. 27), which plaintiffs oppose (ECF No. 133). Good cause appearing, the court GRANTS this request in part, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| All Dispositive Motions | June 23, 2017 | September 22, 2017 |
| File Joint Pretrial Conference Statement | August 31, 2017 | VACATED. To be set after court resolves any dispositive motions. |

1

| Final Pretrial Conference | September 22, 2017 | VACATED. To be set after court resolves any dispositive motions. |
|---|---|---|
| Trial Briefs Due | November 13, 2017 | VACATED. To be set after court resolves any dispositive motions. |
| Trial | November 26, 2017 | VACATED. To be set after court resolves any dispositive motions. |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 27).

IT IS SO ORDERED.

DATED: August 22, 2017.

_____
UNITED STATES DISTRICT JUDGE