UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE BEECHAM, KIMBERLY BEECHAM, S.Y.B., a minor by and through her co-guardians ad litem DUANE BEECHAM and KIMBERLY BEECHAM; OLIVER VERGARA, JENNIFER VERGARA, E.V., a minor by and through her co-guardians ad litem OLIVER VERGARA and JENNIFER VERGARA; and M.B., a minor by and through his guardian ad litem MANOJ THOTTASSERI,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROSEVILLE CITY SCHOOL DISTRICT, THERESA VANWAGNER, GEORGE ROOKS, JERROLD JORGENSEN, and DOES 1-30,<br><br>    Defendants. | No. 2:15-cv-01022-KJM-EFB<br><br>ORDER GRANTING IN PART DEFENDANTS' REQUEST TO SEAL DOCUMENTS |

        Defendants have filed a Request to Seal Documents. ECF No. 151. Specifically, Defendants indicate that exhibits (ECF No. 146-1) attached to the Declaration of Dennis Snelling (ECF No. 146) contain unredacted birth dates of minors and parents. ECF No. 151 at 2. Under Federal Rule of Civil Procedure 5.2(a)(2) and Local Rule 140(a)(iv), electronic filings with the court that contain an individual's birth date may include only the year of the individual's birth. Defendants have re-filed the Declaration of Dennis Snelling (ECF No. 150) and attached redacted

1

exhibits supporting this declaration (ECF No. 150-1), including only the year of birth for any document listing an individual's birth date.

Having reviewed Defendants' Request to Seal Documents and ECF Nos. 146, 146-1, 150, and 150-1, the court finds that Defendants have made an adequate showing to seal ECF No. 146-1 in light of the availability of the appropriately redacted exhibits at ECF No. 150-1. But sealing the originally filed Declaration of Dennis Snelling (ECF No. 146) is not justified by Defendants' request because that declaration does not include any individual's birth date. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir. 2006) (requiring a party seeking to seal a judicial record to meet either a "compelling reasons" or "good cause" standard).

Defendants' request to seal ECF No. 146 in its entirety is DENIED. But Defendants' request to seal ECF No. 146-1 is GRANTED. ECF No. 146-1 shall be sealed for the duration of the litigation unless otherwise ordered by the court.

IT IS SO ORDERED.

DATED: October 4, 2017.

_____
UNITED STATES DISTRICT JUDGE