Carol A. Wieckowski, Esq. (SBN 95586)
Cathleen J. Fralick, Esq. (SBN 146378)
EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616
Attorneys for Defendants
ROSEVILLE CITY SCHOOL DISTRICT,
GEORGE ROOKS and JERROLD JORGENSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE BEECHAM, KIMBERLY BEECHAM, S.Y.B., a minor by and through her co-guardians ad litem DUANE BEECHAM and KIMBERLY BEECHAM; OLIVER VERGARA, JENNIFER VERGARA, E.V., a minor by and through her co-guardians ad litem OLIVER VERGARA and JENNIFER VERGARA, and M.B., a minor by and through his guardian ad litem MANOJ THOTTASSERI,<br><br>Plaintiffs,<br><br>vs.<br><br>ROSEVILLE CITY SCHOOL DISTRICT, THERESA VANWAGNER, GEORGE ROOKS, JERROLD JORGENSEN, and DOES 1-30, Defendants. | **Case No. 2:15-CV-01022-KJM-EFB**<br><br>**JOINT STIPULATION AND ORDER REGARDING REQUEST FOR CONTINUANCE OF PRETRIAL CONFERENCE**<br><br>**Honorable Judge Kimberly Mueller**<br><br>**Final Pretrial Conference: June 1, 2018** |

**ALL PARTIES INCLUDING DEFENDANTS ROCKLIN UNIFIED SCHOOL**

**DISTRICT, GEORGE ROOKS AND JERROLD JORGENSEN, THERESA**

**VANWAGNER AND PLAINTIFFS DUANE BEECHAM, KIMBERLY BEECHAM,**

**S.Y.B., A MINOR BY AND THROUGH HER CO-GUARDIANS AD LITEM DUANE**

**BEECHAM and KIMBERLY BEECHAM; OLIVER VERGARA, JENNIFER VERGARA, E.V., A MINOR BY AND THROUGH HER CO-GUARDIANS AD LITEM OLIVER VERGARA AND JENNIFER VERGARA, AND M.B., A MINOR BY AND THROUGH HIS GUARDIAN AD LITEM MANOJ THOTTASSERI,** stipulate by and through their undersigned counsel of record to a continuance of the pretrial conference scheduled for **June 1, 2018 at 10:00 a.m.** before the Honorable Judge Kimberly Mueller. **The parties jointly** request the continuance for the following reasons:

The parties have agreed to mediate the case, however due to calendar conflicts, the earliest the mediation can be scheduled is in June 2018 which would be after the pretrial conference of June 1, 2018.

All parties are agreeable to a short continuance of the Final Pretrial Conference to **July 13, 2018 at 10:00 a.m., with the Joint Pretrial Conference Statement due three weeks prior.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 3, 2018 | EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP |
|  | By: /s/Carol A. Wieckowski |
|  | Carol A. Wieckowski |
|  | Cathleen J. Fralick |
|  | Attorneys for Defendants |
|  | ROSEVILLE CITY SCHOOL DISTRICT, GEORGE ROOKS and JERROLD JORGENSEN |
| Dated: May 3, 2018 | LAW OFFICES OF TODD BOLEY |
|  | By: /s/Todd Boley |
|  | Todd Boley |
|  | Attorney for Plaintiffs |
|  | Duane Beecham, Kimberly Beecham, S.Y.B., a minor by and through her co- |

guardians ad litem Duane Beecham and Kimberly Beecham; Oliver Vergara, Jennifer Vergara, E.V., a minor, by and through his co-guardians ad litem Oliver Vergara and Jennifer Vergara, M.B., a minor by and through his guardian ad litem Manoj Thottasseri

Dated: May 3, 2018             LAW OFFICES OF PETER ALFERT

                                        /s/ Ian A. Hansen
                                     PETER W. ALFERT
                                     IAN A. HANSEN
                                     Attorneys for Plaintiffs

Dated: May 3, 2018             LONGYEAR, O'DEA & LAVRA, LLP

                               By: /s/Natasha Langenfeld
                                  Greg O'Dea,
                                  Natasha Langenfeld
                                  Attorney for Defendant
                                  Theresa VanWagner

    IT IS HEREBY ORDERED that the PreTrial Conference scheduled on June 1, 2018 at 10:00 a.m. will be continued to July 13, 2018 at 10:00 a.m.

DATED: May 8, 2018.

                                   UNITED STATES DISTRICT JUDGE